UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FREDERICK BANKS,

    Plaintiff,

v.

TWENTY TO FORTY UNKNOWN
NAMED AGENTS OF THE FEDERAL
BUREAU OF INVESTIGATION
PITTSBURGH FIELD OFFICE, *et al.*,

    Defendants.

Case No. 2:17-cv-628
CHEIF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on July 28, 2017. (ECF No. 2.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the defendant's motion for leave to proceed *in forma pauperis* (ECF No. 1) is **DENIED**. Mr. Banks is hereby directed to submit within thirty days the entire $400.00 filing fee, or the required certified trust fund statement from his prison's cashier demonstrating that he lacks the means to pay the filing fee. Failure to comply with this Order within thirty days will result in dismissal of the action. *See McGore v. Wrigglesworth*, 114 F.3d 601, 609 (6th Cir. 1997).

**IT IS SO ORDERED.**

10-3-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE