# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**FREDERICK BANKS,**

    **Plaintiff,**

v.

**SOO SONG,** *et al.,*

    **Defendants.**

Case No. 2:17-cv-628
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on November 27, 2017. (ECF No. 5.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Magistrate Judge's Report and Recommendation, the Court **DISMISSES** Plaintiff's action **WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b). The Clerk is **DIRECTED** to **ENTER JUDGMENT** in accordance with this Order.

    IT IS SO ORDERED.

2-28-2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE